```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRYSAL CROSLEY, as Parent and Natural Guardian of Z.C., and CRYSAL CROSLEY, Individually,

SVETLANA NISANOVA, as Parent and Natural Guardian of R.N., and SVETLANA NISANOVA, Individually,

SVETLANA NISANOVA, as Parent and Natural Guardian of Y.N., and SVETLANA NISANOVA, Individually,

                Plaintiffs,

-against-

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, and THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

1:22-cv-7101 (MKV)

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of Plaintiffs' Complaint filed on August 19, 2022, [ECF No. 1] and their Motion for a Preliminary Injunction filed on August 22, 2022 [ECF No. 6]. The Court directs counsel for all parties to appear for a Status Conference on September 7, 2022, at 10:30 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The Court also directs Plaintiffs to serve Defendants with this order by September 1, 2022.

**SO ORDERED.**

Date: **August 30, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**