```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRYSAL CROSLEY, as Parent and Natural Guardian of Z.C., and CRYSAL CROSLEY, Individually,

SVETLANA NISANOVA, as Parent and Natural Guardian of R.N., and SVETLANA NISANOVA, Individually,

SVETLANA NISANOVA, as Parent and Natural Guardian of Y.N., and SVETLANA NISANOVA, Individually,

      Plaintiffs,

-against-

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, and THE NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendants.

1:22-cv-7101 (MKV)

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

  Plaintiffs initiated this action by filing a Complaint on August 19, 2022. [ECF No. 1]. On August 22, 2022, Plaintiffs filed a Motion for a Preliminary Injunction. [ECF No. 8]. On August 30, 2022, this Court directed counsel for all parties to appear for a Status Conference on September 7, 2022. [ECF No. 11]. At the Status Conference, Defendants appeared by Corporate Counsel; Plaintiffs failed to appear. Defendants' counsel informed this Court that Defendants have processed certain payments and expect Plaintiffs to receive funds within 10 business days.

  The Parties are ORDERED to file a Joint Status Letter by September 19, 2022, updating this Court on any developments in the case. The parties are further ORDERED to include in their Joint Status Letter an update on the pending Motion for a Preliminary Injunction, and a proposed briefing schedule if necessary.

**SO ORDERED.**

Date: September 7, 2022
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**