UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/18/2023__

CRYSAL CROSLEY, as Parent and Natural
Guardian of Z.C., and CRYSAL CROSLEY,
Individually,

SVETLANA NISANOVA, as Parent and Natural
Guardian of R.N., and SVETLANA NISANOVA,
Individually,

SVETLANA NISANOVA, as Parent and Natural
Guardian of Y.N., and SVETLANA NISANOVA,
Individually,

                      Plaintiffs,

                   -against-

DAVID C. BANKS, in his official capacity as
Chancellor of the New York City Department of
Education, and THE NEW YORK CITY
DEPARTMENT OF EDUCATION,

                      Defendants.

1:22-cv-7101 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In opposition to Defendants' cross-motion for summary judgment, Plaintiffs explained that "DOE DID CLAW-BACK TRANSPORTATION payments that were approved and deposited in an electronic account for payment on or about September 19, 2022. Unbeknownst to the Plaintiffs, however, DOE paid Z.C.'s transportation in full." ECF No. 55 at 8 n.16. This explanation leaves the actual status of the payment unclear. By July 25, 2023, the parties shall file a joint letter advising the Court whether the Department of Education has fully paid Z.C.'s transportation costs or whether the payment previously made has been "clawed back." If the payment has been clawed back, the parties should explain what precisely that means.

**SO ORDERED.**

**Date:  July 18, 2023**
**       New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**